UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 21-1147 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| Anthony Castrogiovanni | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant, __Anthony Castrogiovanni__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

/s/ Anthony Castrogiovanni
**DEFENDANT**

06/17/2021
**DATE**

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_Anthony R. Mautone_
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

6/17/21
**DATE**